No. 94–1387. YAMAHA MOTOR CORP., U. S. A., ET AL. *v.* CALHOUN ET AL., INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF CALHOUN, DECEASED. C. A. 3d Cir. [Certiorari granted, 514 U. S. 1126.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided

argument granted. Motion of Maritime Law Association of the United States for leave to participate in oral argument as *amicus curiae* and for divided argument denied.